## (August 3, 1959)

■ Minnie Fudin, Respondent, v. Harry Fudin, Appellant.— On the court's own motion, the decision handed down March 23, 1959 (7 A D 2d 1021) is amended by striking therefrom the second paragraph and by substituting therefor the following: " Judgment modified on the law and the facts by striking therefrom the provisions awarding alimony and a counsel fee. As so modified, judgment insofar as appealed from unanimously affirmed, without costs. Findings of fact ' Seventh' and ' Eighth' are reversed." Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

2 Edward C. Klee, Appellant, v. Robert F. Wagner et al., Respondents, et al., Defendant.— Motion for leave to appeal to the Court of Appeals and for a stay denied. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ Anthony Lore, Respondent, v. Baltimore & Ohio Railroad Company, Appellant, et al., Defendant.— Motion to amend decision of this court dated July 6, 1959 (8 A D 2d 944) denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ Milton Miller, Respondent, v. James Thompson, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.